UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN NOLAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANANDA SEVA MISSION, INC.,<br><br>        Defendant. | Case No. 16-cv-00479-EDL<br><br>**ORDER REGARDING REQUEST FOR EXTENSION OF TIME TO RETURN WAIVER OF SERVICE OF SUMMONS**<br><br>Re: Dkt. No. 14 |

Plaintiff Megan Nolan filed this complaint for copyright infringement against Ananda Seva Mission, Inc. on January 27, 2016. Dkt. No. 1. A summons was issued on February 3 and returned unexecuted on March 17 because Defendant's former attorney, to whom the summons was directed, apparently withdrew. Dkt. Nos. 5, 10. A new summons was issued on March 18. Dkt. No. 12. On March 28, this Court received a letter from Defendant requesting an extension of time to return the Waiver of Summons of Service while it attempts to engage new counsel. Dkt. No. 14. Based on the date included on the waiver form attached to Defendant's request, it appears that Defendant's request is based on the first summons sent on February 16 and is moot in light of the more recent summons issued on March 18. Pursuant to Federal Rule of Civil Procedure 4(d), Defendant has 30 days after the operative summons was or is sent to return the waiver, and 60 days after it was sent to answer or otherwise respond. If Defendant needs additional time beyond that to respond, it should endeavor to obtain a stipulation from Plaintiff. Pursuant to Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time in which to answer or otherwise respond to the complaint.

      **IT IS SO ORDERED.**

Dated: March 29, 2016

                                            _____<br>
                                            ELIZABETH D. LAPORTE<br>
                                            United States Magistrate Judge