United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN NOLAN,<br><br>            Plaintiff,<br><br>   v.<br><br>ANANDA SEVA MISSION, INC.,<br><br>            Defendant. | Case No.  16-cv-00479-EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

The Court is in receipt of Defendant's letter requesting that the Court continue the initial case management conference and related dates while it attempts to obtain counsel, as well as Plaintiff's opposition to the request.  Given that a corporation, unincorporated association, partnership or other such entity may only appear in this Court through a member of the bar of this Court, there is good cause for continuing the case management conference and related dates for one month to allow Defendant time to obtain counsel.  See Civ. L.R. 3-9(b).  Defendant is cautioned that it will not be allowed to appear before this Court without counsel.  The case management conference is hereby continued to May 24, 2016 at 3:00 p.m.  A joint case management conference statement is due by May 17, 2016.  Defendant shall file a consent or declination to magistrate judge jurisdiction on or before May 17, 2016.

**IT IS SO ORDERED.**

Dated: April 15, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge