# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

MEGAN NOLAN

Plaintiff(s),

V.

ANANDA SEVA MISSION, INC.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-CV-00479-EDL

Notice is hereby given that, subject to approval by the court, __Ananda Seva Mission, Inc.__ (Party(s) Name) substitutes __Albert M. T. Finch, III__ (Name of New Attorney), State Bar No. __196478__ as counsel of record in place of __Lael D. Andara__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Ericksen Arbuthnot
- Address: 100 Bush Street, Suite 900, San Francisco, CA 94104
- Telephone: (415) 362-7126
- Facsimile: (415) 362-6401
- E-Mail (Optional): tfinch@ericksenarbuthnot.com

I consent to the above substitution.

Date: May 28

*(Signature of Party)* Alberta Pedroja, Ananda Seva Mission

I consent to being substituted.

Date: _____

*(Signature of Former Attorney(s))*

I consent to the above substitution.

Date: 5/16/2016

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: May 27, 2016

*Elijah D. Laporte*, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

♣AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

MEGAN NOLAN

      Plaintiff (s),

V.

ANANDA SEVA MISSION, INC.

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-CV-00479-EDL

Notice is hereby given that, subject to approval by the court, __Ananda Seva Mission, Inc.__ substitutes
                   (Party (s) Name)

__Albert M. T. Finch, III__ , State Bar No. __196478__ as counsel of record in
 (Name of New Attorney)

place of __Lael D. Andara, Marie E. Sobieski__ .
       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Ericksen Arbuthnot
 Address:     100 Bush Street, Suite 900, San Francisco, CA 94104
 Telephone:    (415) 362-7126     Facsimile (415) 362-6401
 E-Mail (Optional):  tfinch@ericksenarbuthnot.com

I consent to the above substitution.

Date: _____

                   */s/ Marie E. Sobieski*
                   (Signature of Party (s))

I consent to being substituted.

Date: __5/18/2016__

                */s/ Marie E. Sobieski for Lael D. Andara*
                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __5/16/2016__

                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __May 27, 2016__

                     *Elizabeth D. Laporte*
                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]